# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNULFO A. ZEPEDA,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES YATES, et al.,<br><br>        Defendants. | CASE NO. 1:06-cv-00984-AWI-LJO PC<br><br>ORDER DENYING PENDING MOTION TO AMEND PLEADING AS MOOT<br><br>(Doc. 8)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THE FILE IN THIS ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 9) |

      Plaintiff Arnulfo A. Zepeda ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 12, 2007, plaintiff filed a notice of voluntary dismissal. (Doc. 9.)

      "[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. No defendant has filed an answer or other responsive pleading.

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's pending motion to amend the pleading, filed October 4, 2006, is DENIED as moot (Doc. 8); and

2. The Clerk of the Court SHALL close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)  (Doc. 9).

IT IS SO ORDERED.

**Dated:    February 14, 2007**                          **/s/ Lawrence J. O'Neill**
b9ed48                                                                    UNITED STATES DISTRICT JUDGE